Form 27 - GENERAL PURPOSE

**SADIS & GOLDBERG LLC**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

VELMA CASTON                                                     plaintiff

- against -

CIVIC CENTER MOTORS LTD. D/B/A WHITE    defendant
PLAINS HONDA, ETANO

---

Index No. **07 CIV 8768**

Date Filed ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **16th day of October, 2007** at **04:15 PM.**, at
   **%CT CORP. (REG. AGENT) 111 8TH AVE 13TH FL.**
   **NEW YORK, NY**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **AMERICAN HONDA FINANCE COMPANY**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SETTIE JAIRAM, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **BROWN**       HAIR: **BLACK**
   APP. AGE: **44**        APP. HT: **5:8**       APP. WT: **148**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
17th day of October, 2007n

KENNETH WISSNER
Notary Public, State of New York
   No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT 1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3SG575938