Index # 07 civ 8768
Purchased/Filed: October 11, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Velma Caston                                                                                                    Plaintiff

against

Civic Center Motors Ltd. d/b/a White Plains Honda; et al                       Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 24

Weight: 215   Height: 6'1   Sex: male   Color of skin: White

Hair color: Brown   Other: _____

___Robin Brandow___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on  October 18, 2007 , at  12:00pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed  Summons in a Civil Action and Complaint  on  Civic Center Motors Ltd. d/b/a White Plains Honda , the Defendant in this action, by delivering to and leaving with  Chad Matice , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40.00  dollars; That said service was made pursuant to Section  BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

 18th  day of   October, 2007

*(signature)*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*(signature)*
Robin Brandow

Invoice•Work Order # 0721351