# B&C
## BONNIST & CUTRO, LLP

ATTORNEYS AT LAW

800 Westchester Avenue • Suite S-332 • Rye Brook, New York 10573 • Telephone 914-921-4820 • Facsimile 914-921-4823

*Via Facsimile and Regular Mail (212) 805-7925*

Hon. Robert W. Sweet
United States District Court
500 Pearl Street, Room 1920
New York, New York 10007-1312

    Re:    Caston v. Civic Center Motors, Ltd. et al.
              Index No. 07 Civ. 8768

Dear Judge Sweet:

Enclosed for your consideration and execution is a Stipulation to Extend Defendant's time to answer or respond to the above-referenced Complaint. Defendants' original response was due on November 5, 2007. Counsel to Defendants, on consent, respectfully requests that this Court grant a two-week extension, until November 19, 2007, for Defendants to answer or respond to the Complaint. No prior request for the relief herein has been made. This letter and the proposed Stipulation have been filed electronically as document numbers 4 and 5 respectively.

Very truly yours,

Michael T. Shilinski

Encl.