Craig M. Bonnist (CB 3245)
**BONNIST & CUTRO, LLP**
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820 ph.
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK** __ X
VELMA CASTON,

|  |  |
|---|---|
| Plaintiff, | Index No.: 07 CV 8768 (RWS) |
| - against - | **STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER** |

CIVIC CENTER MOTORS LTD., d/b/a WHITE
PLAINS HONDA and AMERICAN HONDA
FINANCE COMPANY,
                        **Defendants.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys

of record for all the parties to the above-entitled action, that the Defendants' time to answer or

respond to the Complaint is extended until and including November 19, 2007; that facsimile

signatures shall be deemed as originals and that this document may be executed in counterparts.

Defendants hereby waive all personal jurisdictional defenses in this matter.

David M. Kasell (DK-7753)
**SADIS & GOLDBERG, LLP**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793 ph.
*Attorneys for Plaintiff*

_Nov 1, 2007_
Dated

Craig M. Bonnist (CB 3245)
**BONNIST & CUTRO, LLP**
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820 ph.
*Attorneys for Defendant*

_11/1/07_
Dated

So Ordered:

_____

- 1 -