Craig M. Bonnist (CB 3245)
BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820 ph.
*Attorneys for Defendants*

RECEIVED
NOV 1 2007
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK    X
VELMA CASTON,

                Plaintiff,

- against -

CIVIC CENTER MOTORS LTD., d/b/a WHITE
PLAINS HONDA and AMERICAN HONDA
FINANCE COMPANY,

                Defendants.

Index No.: 07 CV 8768 (RWS)

STIPULATION TO EXTEND
DEFENDANTS' TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the Defendants' time to answer or respond to the Complaint is extended until and including November 19, 2007; that facsimile signatures shall be deemed as originals and that this document may be executed in counterparts. Defendants hereby waive all personal jurisdictional defenses in this matter.

_____
David M. Kasell (DK-7753)
SADIS & GOLDBERG, LLP
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793 ph.
*Attorneys for Plaintiff*

Nov 1, 2007
Dated

_____
Craig M. Bonnist (CB 3245)
BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820 ph.
*Attorneys for Defendant*

11/1/07
Dated

So Ordered:

_____
11-1-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

- 1 -