UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    07CIV8768

VELMA CASTON,

                Plaintiff,    STIPULATION

  -against-

CIVIC CENTER MOTORS, LTD d/b/a WHITE
PLAINS HONDA and AMERICAN HONDA
FINANCE CORPORATION,

                Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time for the defendant, CIVIC CENTER MOTORS, LTD d/b/a WHITE PLAINS HONDA to answer or move with respect to plaintiff's complaint is hereby extended up to and including December 10, 2007. Furthermore, facsimile signatures shall be deemed as originals and that this document may be executed in counterparts. Defendant hereby waives any personal jurisdictional defenses.

Dated: New York, New York
       November 16, 2007

_____
DAVID M. KASELL, ESQ.
SADIS & GOLDBERG, LLP
Attorneys for Plaintiff
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
(212) 947-3796

_____
JOHN E. GRAY, ESQ. (JG-3301)
Law Offices of Zawacki, Everett & Gray
Attorneys for Defendant CIVIC CENTER
MOTORS, LTD d/b/a
WHITE PLAINS HONDA
116 John Street, Suite 1214
New York, New York 10038
(212) 732-3377
(212) 385-1684