**Bonnist & Cutro, LLP**
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820 ph.
(914) 921-4823 fx.
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
VELMA CASTON,

                Plaintiff,                            07 CIV 8768 (RWS)

-against-                                   **RULE 7.1 STATEMENT**

CIVIC CENTER MOTORS, LTD. d/b/a WHITE PLAINS
HONDA and AMERICAN HONDA FINANCE
COMPANY,

                Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Honda Finance Company, certifies that the following are corporate affiliates and/or subsidiaries of said party, which are publicly held:

                        **American Honda Motor Corporation**

                              **Honda Motors, Ltd.**

Dated: Rye Brook, New York          BONNIST & CUTRO, LLP
        November 19, 2007

                                          By:_____
                                              Craig M. Bonnist (CB 3245)
                                              800 Westchester Avenue, Suite S-332
                                              Rye Brook, New York 10573
                                              (914) 921-4820 ph.
                                              (914) 921-4823 fx.
                                              *Attorneys for Defendants*

- 2 -

To:  David M. Kasell (DK-7753)
     SADIS & GOLDBERG, LLC
     551 Fifth Avenue, 21st Fl.
     New York, New York 10176
     (212) 947-3793