UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VELMA CASTON,

                           Plaintiff,          Civil Action No.: 07 CIV 8768 (RWS)

     -against-                          **INITIAL DISCLOSURE**
                                                      **PURSUANT TO FRCP 26(a)(1)**

CIVIC CENTER MOTORS, LTD. d/b/a
WHITE PLAINS HONDA, and AMERICAN
HONDA FINANCE COMPANY,

                           **Defendant.**
-------------------------------------------------------------X

       The following is plaintiffs' response to the initial disclosure requirements pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A.    At this time, plaintiff believes that the following individual(s) may have discoverable information relevant to the disputed facts herein:

        Plaintiff **VELMA CASTON**, 900 Co-op City Blvd, Apt. 12-D, Bronx, NY 10475

        Defendant **CIVIC CENTER MOTORS, LTD.**, 10 Robertson Avenue White Plains, NY 10606, including but not limited to the following: Cindy Cubero, Gabriel Cassanova, Paul Camas, Paul Vilca;

        Defendant **AMERICAN HONDA FINANCE COMPANY**, 20800 Madrona Avenue, Torrance, CA 90503, and its representatives.

Plaintiff believes that each of these parties may have information relating to the purchase and financing of the subject vehicle.

B.    It is believed that Plaintiff's undersigned counsel has all relevant documents in Plaintiff's possession. Copies of all such documents are being produced herewith.

C.    Plaintiff is not in possession of any computations of damages.

D.    Not applicable to Plaintiff.

Dated: New York, New York  
December 18, 2007

_____  
By: David Kasell, Esq. (DK-7753)  
SADIS & GOLDBERG LLP  
Attorneys for Plaintiff  
551 Fifth Avenue, 21st Floor  
New York, NY 10176  
(212) 947-3793

## CERTIFICATE OF SERVICE

I, David Kasell, an attorney duly licensed in the State of New York, am not a party to this action and certify that on December 18, 2007, I served a copy of the annexed **INITIAL DISCLOSURE PURSUANT TO FRCP 26(a)(1)** upon counsel for the defendants by sending a copy of the above documents via Federal Express overnight mail to the address listed below.

BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook New York 10573

David Kasell (DK - 7753)

00014284.WPD