*Law Offices of*

## ZAWACKI, EVERETT & GRAY
116 JOHN STREET
NEW YORK, N.Y. 10038
TELEPHONE (212) 732-3377

STANLEY W. ZAWACKI (1942-1996)
MARK A. EVERETT
JOHN E. GRAY
VICTOR A. VINCENZI
MAURIZIO SAVOIARDO

_____

SEAN H. CHUNG
DHRUV A. DHAVAN

FAX (212) 385-1684
_____

DEPOSITIONS, MOTIONS,
CALENDAR INQUIRIES:
CHRISTINE WASSERMAN
Extension 301

January 3, 2008

**Via ECF**
United States District Court
Southern District of New York
Federal District Court
500 Pearl Street, Room 1920
New York, New York 10007-1312

Attn:        Honorable Sweet

RE:    CASTON v. CIVIC CENTER MOTORS d/b/a WHITE PLAINS HONDA
       CIV No:        07 CIV 8768
       Our File No.:  07-U-822

Your Honor:

This firm has been substituted as the attorney for Civic Center Motors, Ltd d/b/a White Plains Honda in the above-captioned matter.

Annexed please find a fully executed Consent to Change Attorney which I request you "So Order".

Very truly yours,

JOHN E. GRAY (1301)

JEG:as
Enclosure
cc: **Via ECF**
Bonnist & Cutro, LLP.
Sadis & Goldberg, LLP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

VELMA CASTON,                                                    07 CIV 8766

                Plaintiff,

                                       CONSENT TO
-against-                                                       <u>CHANGE ATTORNEY</u>

CIVIC CENTER MOTORS, LTD. d/b/a WHITE
PLAINS HONDA and AMERICAN HONDA
FINANCE CORPORATION,

                Defendants.
---------------------------------------------------------------X

      **IT IS HEREBY CONSENTED** that the Law Offices of ZAWACKI, EVERETT &
GRAY be substituted as attorneys of record for defendant, CIVIC CENTER MOTORS, LTD
d/b/a WHITE PLAINS HONDA, in the above-captioned action in place and instead of
BONNIST & CUTRO, LLP as of the date hereof.

Dated:  New York, New York
        December 4, 2007

By:  Michael Shilinski (MS-6133)                By:    John E. Gray (JG-1301)
BONNIST & CUTRO, LLP                            Law Offices of ZAWACKI, EVERETT & GRAY
Outgoing Attorneys for Defendant                Incoming Attorneys for Defendant
CIVIC CENTER MOTORS, LTD                         CIVIC CENTER MOTORS, LTD.
  d/b/a WHITE PLAINS HONDA                        d/b/a WHITE PLAINS HONDA
800 Westchester Avenue, Suite S-332             116 John Street, Suite 1214
Rye Brook, NY  10573                            New York, NY  10038
(914) 921-4820                                  (212) 732-3377


                                      By:  Edith Singer
                                      President of Civic Center Motors, Ltd.

STATE OF NEW YORK          )
                           ss:
COUNTY OF WESTCHESTER       )

On the 12th day of <u>December</u>, <u>2007</u>, before me personally came <u>Edith Singer</u>, who being duly
sworn, did depose and say that she is the President of Civic Center Motors, Ltd., did execute
this form in my presence, and did acknowledge that she did so on behalf of the corporation.

        JOANN SCAPPATURA
NOTARY PUBLIC, STATE OF NEW YORK
      NO. 01SC48218450
   QUALIFIED IN NASSAU COUNTY
   COMMISSION EXPIRES 12/31/2010

                                   NOTARY PUBLIC

SO ORDERED: