UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VELMA CASTON,                                            07 CIV 8766
                                                          (8768)
                Plaintiff,
                                                          RULE 26(f)
-against-                                                 DISCOVERY PLAN

CIVIC CENTER MOTORS, LTD. d/b/a WHITE
PLAINS HONDA and AMERICAN HONDA
FINANCE CORPORATION,

                Defendants.
------------------------------------------------------------X

In accordance with FRCP 26(f). the undersigned parties have met and conferred to develop the following proposed discovery plan:

A. Rule 26(a) Disclosures: To be made within 14 days.

B. Fact discovery to be completed by May 23, 2008.

Expert discovery to be completed by July 23, 2008.

C. Disclosure of electronically stored information: Not anticipated.

D. Claims of privilege: None anticipated currently.

Dated: New York, New York
       January 23, 2008                    Respectfully Submitted,

                                           _____
                                           JOHN E. GRAY, ESQ. (JG-1301)
Pretrial order                             Law Offices of
8/4/08                                     ZAWACKI, EVERETT & GRAY
                                           Attorneys for Defendant CIVIC CENTER
                                           MOTORS, LTD d/b/a WHITE PLAINS HONDA
So ordered                                 116 John Street, Suite 1214
                                           New York, NY 10038
Sweet                                      (212) 732-3377
2-8-08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

RECEIVED FEB 0 8 2008 JUDGE SWEET CHAMBERS

_[signature]_
DAVID KASSEL, ESQ. (DK-7753)
SADIS & GOLDBERG, LLP
Attorneys for Plaintiff
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 947-3793

_[signature]_   by Craig Bonist (CB3245)
BONNIST & CUTRO, LLP
Attorneys for Defendant
AMERICAN HONDA FINANCE CORPORATION
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
(914) 921-4820