**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

**VELMA CASTON,**

**Plaintiff,**

**-against-**

**CIVIC CENTER MOTORS, LTD. d/b/a WHITE PLAINS HONDA, and AMERICAN HONDA FINANCE COMPANY,**

**Defendant.**

---------------------------------------------------------X

**Civil Action No.: 07 CIV 8768 (RWS)**

**RESPONSE TO DEFENDANT'S FIRST REQUEST FOR DOCUMENTS**

Plaintiffs **VELMA CASTON**, by and through their attorneys, Sadis & Goldberg, LLC, responds and objects to Defendant's **CIVIC CENTER MOTORS, LTD. d/b/a WHITE PLAINS HONDA's** First Request for the Production of Documents as follows:

## GENERAL OBJECTIONS

A. Plaintiffs object to the Definitions and Instructions to the extent they impose any obligations upon the Plaintiff greater than those placed on the Plaintiffs by the Federal Rules of Civil Procedure or applicable court rules.

B. Plaintiffs object to the requests to the extent that they call for information protected by the attorney/client privilege or attorney work product doctrine. Plaintiffs also object to the extent that the requests call for the production of documents and things that are not within the Plaintiffs' custody, possession or control.

C. Plaintiffs object to the requests to the extent they seek confidential information about the Plaintiffs. Confidential information shall only be produced after an appropriate confidentiality order is executed by the parties and "so ordered" by the Court.

D. Plaintiffs reserve their right to supplement these responses and objections. All responses are subject to a responsiveness check and the fact that the Plaintiffs have agreed to produce a category of documents does not mean that such documents exist.

E. Plaintiffs reserve the right to supplement these responses and objections.

**SPECIFIC OBJECTIONS AND RESPONSES**

As and for Plaintiff's Responses and Objections to Defendants' First Requests for Production of Documents, Plaintiff responds as follows:

**REQUEST 1:**
**All tapes or digital recordings, video recordings, audio recordings or similar recordings of any conversations or images between plaintiff and defendant, their former or present agents, representatives, or employees.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiff is not in possession of any such recordings.

**REQUEST 2:**
**All documents that plaintiff claims originated from defendant including but not limited to, all records plaintiff received during his visits to defendant, negotiations, agreement to purchase and purchase of a vehicle from defendant or which relate to any of plaintiff's claims, including claims for damages.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all documents in her possession.

**REQUEST 3: Any and all documents that refer and/or relate to any psychiatric, psychological or emotional treatment or diagnosis of plaintiff by a psychiatrist, psychologist, counselor, therapist or other similar health professional during the last ten (10) years.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiff has no documents responsive to this request.

**REQUEST 4: Produce duly executed, properly addressed and HIPPA compliant authorizations to enable this office to obtain copies of all hospital, doctor, psychologist, psychiatrist, therapist clinic or other health care provider records, charts, test results, narrative reports, etc., pertaining to all medical conditions and/or emotional distress which plaintiff claims was caused, created and/or exacerbated by the defendants' conduct.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST 5: All documents that refers and/or relates to any other charges, complaints, or lawsuits which plaintiff has participated in any way.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST 6: All documents (including but not limited to written notes, memos, letters and electronically transmitted messages) sent between plaintiff and defendant.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all documents in her possession.

**REQUEST 7: All documents, photographs, pictures, illustrations or videotapes of defendant, or any present or former employee, representative, or agent of defendant.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all documents in her possession.

**REQUEST 8: All diaries, notes, memoranda, day timers, or similar documents relating to any of the allegations made by plaintiff in connection to this lawsuit.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all responsive documents in her possession.

**REQUEST 9: Produce all documents plaintiff intends to use at the time of trial.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, these documents shall be provided under separate cover as designated by the court.

**REQUEST 10: Produce all documents provided to any expert retained by plaintiff. Produce a duly executed authorization to enable this office to obtain plaintiffs pharmaceutical records for the past ten (10) years.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without

These documents shall be provided under separate cover as designated by the court.

**REQUEST 11: Produce a duly executed authorization to enable this office to obtain the records of all psychologists, psychiatrists or other mental health care providers from which plaintiff has sought treatment in the last ten (10) years.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiff states that there are no documents responsive to this request.

**REQUEST 12: Identify all persons from whom plaintiff has obtained, received and/or possess written statements and/or affidavits regarding the allegations in this suit and/or the defenses raised in defendant's answer.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all related documents in her possession.

**REQUEST 13: Any and all documents which support any of the allegations of plaintiff's complaint not produced in response to prior production requests.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiffs has already produced all documents in her possession.

**REQUEST 14: All documents that relate or refer to any claims by plaintiff that the actions of defendant has resulted in:**

**a) actual damages**
**b) statutory damages**
**c) punitive damages**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence, and in so far as the request seeks documents protected as attorney work product. Subject to and without waiver of these objections, Plaintiffs has already produced all documents in her possession.

**REQUEST 15: If the documents responsive to the foregoing demand is not in your possession, provide a duly executed and properly addressed authorization to follow the undersigned to obtain those records directly from those in possession of the records.**

**RESPONSE:**
Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not

waiver of these objections, these documents shall be provided under separate cover as designated by the court.

**REQUEST 16: Provide all documents records, video recordings and audio recordings identified in plaintiff's Rule 26(a) Disclosure.**

Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Plaintiff is not in possession of any such recordings.

**REQUEST 17: Produce all documents identified in response to defendant's First Set of Interrogatories to plaintiff not produced in response to prior production requests.**

Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections all related documents were produced in response to defendant's First Set of Interrogatories.

**REQUEST 18: Provide copies of all documents in your possession relating to the financing of the purchasing of the vehicle from defendants, including applications, supporting financial documentation submitted therewith, credit reports prepared at the time, commitment letters, letters to/from lenders, offers, denials or conditional offers of credit, retail installment contract, invoices, etc.**

Plaintiff objects to this request on the grounds that it is overly broad, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, all such documents were already provided.

**REQUEST 19:**
**If the documents responsive to the foregoing demand is not in your possession, provide a duly executed and properly addressed authorization to follow the undersigned to obtain those records directly from the lender.**

See response to Request 18.

REQUEST 20:
To the extent not produced in answering prior production requests, all documents sent between plaintiff and any present or former employee, representative, or agent of defendant.

See response to Request 18.

REQUEST 21: To the extent not produced in answering prior production requests, all documents which plaintiff received, obtained, or took from defendant or anyone working for defendant, this request includes all documents originating with defendant or their managers, supervisors, employees, representatives or agents which are in plaintiff's possession or control, whether or not the document was specifically intended for plaintiff.

See response to Request 18.

Dated: New York, New York
March 6, 2008

By: David Kasell, Esq. (DK-7753)
SADIS & GOLDBERG LLP
Attorneys for Plaintiff
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 947-3793



**HONDA**

Financial Services

Statement Date: **November 9, 2006**

# MONTHLY STATEMENT

18 9/35,000

## Payment Information

| | |
|---|---|
| Payment Due Date | **November 29, 2006** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |
| **Payoff Summary** | |
| Payoff Amount | $ 18,527.89 |
| Payoff Good Through | November 29, 2006 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 72 |

**hondafinancialservices.com**

***Customer Service:***
(800) 457-9929
Automated response 24 hours, 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

***For Correspondence Only:***
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

***For Payment Only:***
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

**Welcome to Honda Financial Services! We are here to provide you with premier service and support your financial needs. For more account information and convenient payment options visit us at hondafinancialservices.com or call the customer service number above. Thank you for choosing us, and joining our family.**

375.70
363
12.00

375.00 per month and add to principle
Call

**Visit your Honda Dealer to test drive our new 2007 models**

Check out the all-new 2007 smart-sized **Fit**, exhilarating **Civic Si Sedan,** and discover the totally redesigned **CR-V**. Honda is legendary for quality, cutting edge technology and a long list of safety features. Let Honda Financial Services finance your next dream and drive home a new Honda today.

Kindly return this coupon and write your account number on the check 06778 4667208 006781 013558 00001/00001



Statement Date December 9, 2006

# HONDA
Financial Services

# MONTHLY STATEMENT

## Payment Information

| | |
|---|---|
| Payment Due Date | **December 29, 2006** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 18,350.73 |
| Payoff Good Through | December 29, 2006 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 71 |

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| **11/24/2006** | **Payment Received - Thank You!** | | **$ 363.70** |
| | Principal | $ 206.19 | |
| | Interest | $ 157.51 | |

**hondafinancialservices.com**

**Customer Service:**
(800) 457-9929
Automated response 24 hours, 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

**For Correspondence Only:**
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

**For Payment Only:**
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

**Happy Holidays!**

We would like to wish you and your family a safe and joyous holiday season.

STMT-BRE

Statement Date **January 9, 2007**

# MONTHLY STATEMENT

**HONDA**

Financial Services

## Payment Information

| | |
|---|---|
| Payment Due Date | **January 29, 2007** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |
| **Payoff Summary** | |
| Payoff Amount | $ 18,177.38 |
| Payoff Good Through | January 29, 2007 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 70 |
| Prior Year Interest | $ 319.48 |

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| **12/20/2006** | **Payment Received - Thank You!** | | **$ 363.70** |
| | Principal | $ 201.73 | |
| | Interest | $ 161.97 | |

hondafinancialservices.com
Customer Service:
(800) 457-9929
Automated response 24 hours 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST
For Correspondence Only:
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681
For Payment Only:
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

**This year, resolve to simplify your life with AHFC *EasyPay*.SM**

Don't waste a minute of the new year searching for stamps and writing checks. Instead, consider enrolling in *EasyPay*SM, a convenient and reliable way to simplify your payments. Sign up, and AHFC will automatically withdraw monthly payments from your checking or savings account. You can enroll online by visiting hondafinancialservices.com. This is one New Year's resolution that will be easy to stick to.



Statement Date: **February 8, 2007**

# HONDA

Financial Services

# MONTHLY STATEMENT

## Payment Information

| | |
|---|---|
| Payment Due Date | **February 28, 2007** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |
| **Payoff Summary** | |
| Payoff Amount | $ 17,996.83 |
| Payoff Good Through | February 28, 2007 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 69 |
| Prior Year Interest | $ 319.48 |

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/25/2007 | **Payment Received - Thank You!** | | **$ 363.70** |
| | Principal | $ 141.93 | |
| | Interest | $ 221.77 | |

hondafinancialservices.com

**Customer Service:**
(800) 457-9929
Automated response 24 hours, 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

**For Correspondence Only:**
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

**For Payment Only:**
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

**With 0.9% financing, getting into a Honda truck just got easier.**

Been eyeing a new Element, Ridgeline, Odyssey or Pilot? Well you're in luck. Because right now, you can get special A.P.R. financing that starts at only 0.9%. For all the details, stop by your Honda dealer. Or, go to hondafinancialservices.com, and click on "Planning" and "Special Offers." And get into whichever Honda truck you've set your sights on.

Kindly return this coupon and write your account number on the check

02251 4790276 002254 004504 00001/00001

Statement Date: March 9, 2007

# HONDA

Financial Services

# MONTHLY STATEMENT

## Payment Information

| | |
|---|---|
| Payment Due Date | **March 29, 2007** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 17,808.58 |
| Payoff Good Through | March 29, 2007 |

hondafinancialservices.com

**Customer Service:**
(800) 457-9929
Automated response 24 hours 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

**For Correspondence Only:**
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

**For Payment Only:**
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 68 |
| Prior Year Interest | $ 319.48 |

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 02/26/2007 | **Payment Received - Thank You!** | | **$ 363.70** |
| | Principal | $ 168.12 | |
| | Interest | $ 195.58 | |

**Stop searching for stamps.**

Don't waste a minute looking for stamps and writing checks. Instead, consider enrolling in EasyPay℠, a convenient and reliable way to streamline your payments. Sign up, and Honda Financial Services will automatically withdraw monthly payments from your checking or savings account.
To enroll online, go to hondafinancialservices.com and click on "Managing" and on "AHFC EasyPay." Sign up today. No postage required.

STMT-BRE

Kindly return this coupon and write your account number on the check

06797 4815791 006800 013596 00001/00001

Statement Date: **April 9, 2007**

# MONTHLY STATEMENT

**HONDA**

Financial Services

## Payment Information

| | |
|---|---|
| Payment Due Date | **April 29, 2007** |
| Current Payment Due | $ 363.70 |
| **Total Amount Due** | **$ 363.70** |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 17,630.67 |
| Payoff Good Through | April 29, 2007 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | 5HSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 67 |
| Prior Year Interest | $ 319.48 |

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 03/29/2007 | **Payment Received - Thank You!** | | **$363.70** |
| | Principal | $ 176.03 | |
| | Interest | $ 187.67 | |

**hondafinancialservices.com**

***Customer Service:***

(800) 457-9929

Automated response 24 hours, 7 days a week

Associates available weekdays from 9:00 am - 5:00 pm EST

***For Correspondence Only:***

American Honda Finance Corporation

600 Kelly Way

Holyoke, MA 01040-9681

***For Payment Only:***

American Honda Finance Corporation

PO Box 7829

Philadelphia, PA 19101-7829

**We believe in celebrating Earth Day every day.**

At Honda, we have an ongoing commitment to environmentally responsible technology. And our products are proof of it. From our fuel-efficient Civic CVCC, introduced in 1974, to the first government-certified fuel-cell car of today, Honda vehicles have always reflected our exceptional environmental leadership. Now that's worth celebrating. To find out more, visit honda.com.

Kindly return this coupon and write your account number on the check

09356 4848930 009367 018722 00001/00001

**HONDA**

Financial Services

Statement Date: **May 9, 2007**

# MONTHLY STATEMENT

## Payment Information

| | |
|---|---|
| Payment Due Date | **May 29, 2007** |
| Current Payment Due | $ 363.70 |
| **Past Due** | **$ 363.70** |
| Total Fees Due | $ 10.00 |
| **Total Amount Due** | **$ 737.40** |

| | |
|---|---|
| **Payoff Summary** | |
| Payoff Amount | $ 17,820.47 |
| Payoff Good Through | May 29, 2007 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 67 |

This statement includes an amount from a prior billing, which is now past due. Go to hondafinancialservices.com to make one-time payments or contact us for payment arrangements and other options.

**hondafinancialservices.com**

***Customer Service:***
(800) 457-9929
Automated response 24 hours, 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

***For Correspondence Only:***
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

***For Payment Only:***
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/09/2007 | Late Payment Fee | | $ 10.00 |

**Memorial Day. The perfect time to start your driveway beautification project.**

Want to improve your home's curb appeal? Then head into your Honda or Acura dealer over Memorial Day weekend. With special financing and lease offers, it's the perfect time to check out our sparkling new lineup. So swing by over the holiday. And find something perfect to plant in front of your home.

Kindly return this coupon and write your account number on the check

08124 4875679 008129 016252 00001/00001

Statement Date: **June 7, 2007**

# HONDA

Financial Services

# MONTHLY STATEMENT

## Payment Information

| | |
|---|---|
| Payment Due Date | **June 29, 2007** |
| Current Payment Due | $ 0.00 |
| **Total Amount Due** | **$ 0.00** |

**Payoff Summary**

| | |
|---|---|
| Payoff Amount | $ 16,186.08 |
| Payoff Good Through | June 29, 2007 |

## Account Information

| | |
|---|---|
| Account Number | 86396754 |
| Vehicle Description | 2006 HONDA CRV4WDEX |
| VIN Number | SHSRD78876U441268 |
| Regular Payment Amount | $ 363.70 |
| Maturity Date | October 29, 2012 |
| Payments Remaining | 62 |

Your account is currently partially or fully paid ahead. Please pay the "Total Amount Due" above.

When making early loan payments or payments greater than your "Regular Payment Amount", your principal is reduced and a credit shows toward your next month's payment. By continuing to make payments in excess of your "Regular Payment Amount", you effectively reduce your final payment or shorten the term of your loan.

## Activity Since Last Statement

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/10/2007 | **Payment Received - Thank You!** | | **$ 1,187.67** |
| | Principal | $ 925.95 | |
| | Interest | $ 251.72 | |
| | Late Payment Fee | $ 10.00 | |
| 05/16/2007 | **Late Payment Fee** | | **$ 10.00** |
| 05/16/2007 | **Late Payment Fee Waived** | | **$ 10.00** |
| 05/24/2007 | **Payment Received - Thank You!** | | **$ 600.00** |
| | Principal | $ 520.60 | |
| | Interest | $ 79.40 | |

**hondafinancialservices.com**

**Customer Service:**
(800) 457-9929
Automated response 24 hours, 7 days a week
Associates available weekdays from 9:00 am - 5:00 pm EST

**For Correspondence Only:**
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681

**For Payment Only:**
American Honda Finance Corporation
PO Box 7829
Philadelphia, PA 19101-7829

**Want an impressive place to hang that graduation tassel?**

Then consider the rearview mirror of a Honda or Acura. Whether you opt for a new or pre-owned vehicle, you have some big advantages as a recent, or soon-to-be, college graduate. Like flexible financing and lease packages. We may even defer your first payment for 90 days. For more information, go to hondafinancialservices.com. Or visit your dealer. Looks like that diploma's paying off already.

Kindly return this coupon and write your account number on the check

09695 4900079 009706 019399 00001/00001





344 Central Avenue
White Plains, NY 10606
Phone (914) 428-0880, Ext. 104
Fax. (914) 428-0990
www.whiteplainshonda.com

cars.com

Home | Buy | Sell | Research | Shopping

## Select Style

23,99 34,000

Change Vehicle Make | Model

Select Style ▸ Select Colors Select Options Summary

Front-wheel Drive LX

| | MSRP[1] | Invoice[2] |
|---|---|---|
| Base Price | $20,395 | $18,857 |
| Destination | $595 | $595 |
| Options | $0 | $0 |
| Total Price | $20,990 | $19,452 |

Get a Free Quote ▸

**Honda CR-V Features**

Standard Equipment

Specifications

Warranty

**Shopping Tools**

Compare with another vehicle

Calculate monthly payments

[1]The manufacturer's suggested retail price is the "sticker price", from which you may be able to negotiate downward.

[2]The invoice price is a general accounting of what the dealer pays for the car, excluding incentives. Invoice prices are made available by cars.com and are not dealer advertising. All pricing is subject to regional variations. Click here for more information.

### 2006 Honda CR-V

Front-wheel Drive LX

EX OK 10 10

60 12 Mo

**Select a Style Below**
Show differences between styles ▸

new car dealer complaint
fair or less

| LX | | Starting MSRP |
|---|---|---|
| Front-wheel Drive | Build w/Options | $20,395 |
| All-wheel Drive | | $21,595 |
| **EX** | | **Starting MSRP** |
| Front-wheel Drive | | $22,550 |
| All-wheel Drive | | $22,850 |
| **SE** | | **Starting MSRP** |
| All-wheel Drive | | $25,450 |

518-474-8943
Nancy

91760

320 8035
ref Dr.

Paul Vi... [illegible] I was not satisfied w/ the cost of the service - after much renegotiation between Cindy Cutlera the finance person, Paul Carros the sales person & Paul Vel... the sales manager - Paul C + Paul V gave me the [illegible] estimated monthly payment of car which I was satisfied

On Oct 29, I purchased a 2006 Honda CR-V SE from the dealership White Plains Honda. Because they didn't have the vehicle on premises, Paul Velez [illegible] would get me the vehicle from his sister store in Queens. I left 250 dep Sept [illegible] on [illegible] 10/30 - I trusted him because he was so professional - On Monday I kept calling to see if said vehicle was on premises - I couldn't get the car because Paul Carros hadn't finish the paper work for the insurance. finally at approx 7pm - Paul Velez called + said to p/u car, otherwise his manager (no more guy) would sell the car, Since I had left deposit, I told him to please hold the car until Tuesday Oct 31, as I was unable to p/u car at that time of night.

Ms. Cutlera [illegible] me at a higher cost.

On Tuesday night I drove my daughter + I came to p/u car. Cindy Cutlera, told me she would make an appt for me w the Honda Service people to have the back wheel service, + also told me she would called + make an appt to have Lo Jack installed which she never did - when I met w/ her the following day. she would make appt to come on wednesday 11

to have the wheel service - she was very unprofessional rude + obnoxious - the store was w/out customers. She was a different person - She didn't know the address of the Honda service she said it was up the street somewhere she asked one of the other sales person to come out + show me direction from the street - he didn't know the address - I drove around for approx 30 minutes trying to find the place. I had to stop + ask several people for direction as I was unfamiliar w/ White Plains

From November 1 - November 10 - I ~~was~~ kept calling Paul ~~to~~ for the appointment for LoJack installment. He didn't return any of my calls - No one would call me back.

Finally on Saturday November 11th We went back to them & told them how unprofessional they were.

Mr. Gabriel Casanova - another Sales person took over - he got on the phone w the Service people - made appt at my convenience - for the install of Lo Jack. He did what should have been done ~~to~~ by Ms. Cindy Cubero - Mr Gabriel Casanova was very prof. Very kind & very understanding of my situation.

I hope what I went thru w/ these people w/ never happen to ~~me~~ anyone else. I was humiliated, angry & very surprise how Ms. Cindy Cubero ~~changed~~ transform into a "Mr. Hyde / Dr Jekel" personality after she had gotten my Signature & money.

# Names

Paul Vilca - Sales manager
Paul CAMAS - " person
Cindy CUBERO - Finance person
GABRIEL CASANOVA - nice Sales person
(who made appt w/ for Jack in Service

Recording - 1800 542 2432
P/off 18,452 28
Valid until 11/17/06

Ms. [illegible] 11/06/06
[illegible]

Karen 1800 457-9929
'running credit if I buy back car'
'Voluntary Surrender'
as a re-possess.

[illegible]