## CERTIFICATE OF SERVICE

I, David Kasell, an attorney duly licensed in the State of New York, am not a party to this action and certify that on March 6, 2008, I served a copy of the annexed **RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, RESPONSE TO DEFENDANT'S FIRST, RESPONSE TO DEFENDANT'S FIRST REQUEST FOR DOCUMENTS** upon counsel for the defendants by sending a copy of the above documents via regular mail using the United States Postal Service to the address listed below.

John E. Gray
Law Offices of Zawacki, Everett & Gray
116 John Street, Suite 1214
New York NY 10038

BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook New York 10573

_____
David Kasell (DK - 7753)

00014284.WPD